UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

ANNA HUBBELL-PETANG,

                Plaintiff,

     -against-

HOTEL RESERVATION SERVICE, INC., and
ALEXANDRA BENAKIS, individually

                Defendants.

------------------------------------------------------------x



ORDER

20 Civ. 10988 (GBD)

GEORGE B. DANIELS, United States District Judge:

    The Court will hear oral argument on Defendants' Motion to Dismiss and Motion to Transfer Venue, (ECF No. 19 and 24), on November 18, 2021 at 10:30 a.m.

Dated: October 18, 2021
       New York, New York

                                          SO ORDERED.

                                          GEORGE B. DANIELS
                                          United States District Judge