**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

ANNA HUBBELL-PETANG,

                    Plaintiff,

        -against-

HOTEL RESERVATION SERVICE, INC., and
ALEXANDRA BENAKIS, individually

             Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

                                    <u>ORDER</u>

                       20 Civ. 10988 (GBD) (OTW)

GEORGE B. DANIELS, District Judge:

      This Court having been advised that the parties have reached agreement on all issues in

this matter, the Clerk of Court is hereby ORDERED to close the above-captioned action, without

prejudice to restoring the action to this Court's docket if an application to restore is made within

thirty (30) days.

      All discovery deadlines and conferences previously scheduled are adjourned *sine die*.

Dated: July 20, 2023
      New York, New York

                              SO ORDERED.

                              _George B. Daniels_
                              GEORGE B. DANIELS
                              UNITED STATES DISTRICT JUDGE